Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorney for Defendant
SOK WA CHONG VISEU

**FILED**
FEB 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOK WA CHONG VISEU,<br><br>Defendant. | CASE NO. CR-10-0565 JSW (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL FROM FEBRUARY 22, 2012 THROUGH MARCH 20, 2012 |

### STIPULATION

Defendant Sok Wa Chong Viseu has been on pretrial release since her initial appearance before the magistrate court on August 2, 2010. As a condition of her release, Ms. Viseu was required to surrender her United States passport to the Clerk of the Court. A further condition is that Ms. Viseu not travel outside the United States without the permission of the Court.

Ms. Viseu now wishes to travel to Macau, near Hong Kong, to visit her elderly and ailing mother from February 22 through March 20, 2012. Neither Pretrial Services nor the government objects to the modification of Ms. Viseu's release conditions to accommodate this trip.

Accordingly, the parties agree and stipulate that the conditions of release should be modified to permit Ms. Viseu to travel from her home in San Francisco to Macau from February 22, 2012 through March 20, 2012. The parties further agree and stipulate that Pretrial Services

shall return Ms. Viseu's passport to Ms. Viseu on or before February 21, 2012, and that Ms. Viseu shall return the passport to Pretrial Services upon her return to San Francisco, and at any rate no later than March 22, 2012. The parties further agree and stipulate that Ms. Viseu shall provide Pretrial Services with any and all requested information concerning the logistics of her travel.

IT IS SO STIPULATED.

DATED: February 16, 2012

/s/ Josh Cohen
JOSH COHEN
Attorney for JOSEPH CAROZZA

DATED: February 16, 2012

/s/ Deborah Douglas
DEBORAH DOUGLAS
Assistant United States Attorney

### ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Sok Wa Chong Viseu's conditions of release shall be modified as follows: Ms. Viseu shall be permitted to travel from her home in San Francisco to Macau from February 22, 2012 through March 20, 2012. Pretrial Services shall return Ms. Viseu's passport to Ms. Viseu on or before February 21, 2012. Ms. Viseu shall return the passport to Pretrial Services upon her return to San Francisco, but in no event later than March 22, 2012. Ms. Viseu shall provide Pretrial Services with any and all requested information concerning the logistics of her travel. All other conditions of release shall remain in effect.

IT IS SO ORDERED.
DATED: 2-16, 2012

**Maria Elena James**
~~ELIZABETH D. LAPORTE~~
UNITED STATES MAGISTRATE JUDGE

2                                                            Case No. CR-10-0565 JSW
STIPULATION MODIFYING CONDITIONS OF RELEASE